**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JONATHAN DAKOTA JUSTICE** **PLAINTIFF**

**V.** **CASE NO. 2:24-CV-2034**

**JAMES JACKSON; JIMMY STEPHENS;**
**NICK MCKITTRICK; JEFF WOODS;**
**and ED JOHNSON** **DEFENDANTS**

**ORDER**

Plaintiff Jonathan Dakota Justice asserts in his Amended Complaint that he was subjected to excessive force in violation of his constitutional rights during an arrest on October 15, 2021, when he fled from police on foot and was tased multiple times before being taken into custody. He also alleges that he was denied appropriate medical care both at the scene of the arrest and after he was booked into the Johnson County Detention Center. The Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, filed a Report and Recommendation ("R&R") (Doc. 53) opining that, in view of the body camera evidence from the arresting officers, there is no genuine, material dispute of fact regarding the use of excessive force or the denial of appropriate medical care, and the case should be dismissed.

Mr. Justice filed five Objections to the R&R (Doc. 55), which triggered this Court's *de novo* review of the record. The Court has now read all written submissions filed by the parties and watched the arresting officers' body camera footage. Initially, the Court makes a finding that the Magistrate Judge's descriptions of the events depicted in the two videos are wholly accurate and are **ADOPTED IN FULL**.

Mr. Justice's first objection claims that a reasonable jury could view the video evidence and reasonably conclude that he was physically incapable of complying with officer commands before each separate tasing event. The Court disagrees; the videos conclusively depict Mr. Justice attempting repeatedly to get up and/or move away from the arresting officer after each separate tasing and disregarding verbal commands to lie still and place his hands out for handcuffing. Mr. Justice's second objection, that the R&R improperly resolved a credibility dispute in Defendants' favor, is overruled because the Magistrate Judge's conclusions relied exclusively on the video evidence and not on credibility determinations. Third, Mr. Justice objects that tasing was unnecessary after he was on the ground; this claim is once again belied by the video evidence and is rejected. His fourth objection that "important portions of the encounter are difficult to see" and warrant the denial of summary judgment is similarly rejected. *Id.* at p. 3. Finally, Mr. Justice's fifth objection concerning whether he tried to "take a swing" at the arresting officer is immaterial to the analysis and was not assumed as true by this Court. *Id.* at pp. 3–4. As the excessive force claim is unsupported by fact and law, it is subject to dismissal.[1]

**IT IS THEREFORE ORDERED** that the Objections are **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The Motion for Summary Judgment (Doc. 43) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 14th day of August, 2026.

*<u>/s/ Timothy L. Brooks</u>*___________________
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

[1] As the R&R's findings regarding the claim for denial of medical care were not objected to, they are not addressed.